UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v. ) | CASE NO. 1:24-cv-00171-TSM |
| ) | |
| $15,772.20 U.S. Currency ) | |

## STATUS REPORT

On June 17, 2024, the government filed a complaint seeking the forfeiture of $15,772.20 in U.S. Currency. On July 2, 2024, Eddie Veilleux filed a claim to that property through counsel. The funds that are the subject of this civil forfeiture action were seized during a criminal investigation. That investigation led to criminal charges being lodged in this court. *See USA v. Veilleux* (24-cr-43-SE). Those criminal charges remain pending. As a result, on July 2, 2024, Veilleux filed an Assented to Motion to Stay these proceedings until the resolution of the related criminal case. The Court (Saint-Marc, J.) granted that motion on July 3, 2024. The Court's margin order directed counsel to file a status report on or about September 3, 2024.

At present, the related criminal case remains pending. That case is currently scheduled for jury selection on or about October 16, 2024. Veilleux is detained at the Strafford County House of Correction. He is currently seeking treatment for substance misuse in the Therapeutic Community (TC) program. As a result, undersigned counsel expects to move to continue that October 16, 2024 jury selection date to afford Veilleux additional time to engage in pre-trial rehabilitation before further negotiations with the government.

Accordingly, counsel asks that this court order that counsel shall either file a motion to lift the stay or provide the court with a further status update on or about November 8, 2024.

Respectfully Submitted,  
EDDIE VEILLEUX  
By his Attorney,  
WADLEIGH, STARR & PETERS PLLC  

September 3, 2024

/s/ Jeffrey D. Odland

Jeffrey D. Odland, Esq.
NH Bar #18967
Wadleigh, Starr & Peters PLLC
Manchester, NH 03101
(603) 669-4140
jodland@wadleighlaw.com

## Certificate of Service

I certify that this document filed will be sent via the ECF system to AUSA Robert Rabuck on this date.

/s/ Jeffrey D. Odland

Jeffrey D. Odland, Esq.